■ In the Matter of LATEESHA MCELRATH, Respondent, v TOMMIE WIMBERLY, III, Appellant. [874 NYS2d 923]—Appeal from an order of the Family Court, Erie County (James H. Dillon, J.), entered November 30, 2007 in a proceeding pursuant to Family Court Act article 4. The order revoked a suspended sentence and committed respondent to the custody of the Erie County Correctional Facility for six months.

It is hereby ordered that the order so appealed from is

unanimously affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.